**FOX ROTHSCHILD LLP**
*formed in the Commonwealth of Pennsylvania*
Adam Busler (060762013)
Lauren A. Wright (305462020)
Midtown Building, Suite 400
1301 Atlantic Avenue
Atlantic City, New Jersey 08401
Tel:	609-348-4515
Fax:	609-348-6834
*Attorneys for Defendants,*
*Zynex Medical Inc. and Steven Benasso*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **DONNA SWOPE,** | CIVIL ACTION |
| Plaintiff, | DOCKET NO.: |
| v. | |
| **ZYNEX MEDICAL INC; STEVEN BENASSSO; ABC CORPORATIONS 1-5** (fictitious names describing presently unidentified business entities); **and JOHN DOES 1-5** (fictitious names describing presently unidentified individuals), | NOTICE OF REMOVAL  *Document Filed Electronically* |
| Defendants. | |

**PLEASE TAKE NOTICE** that Defendants Zynex Medical Inc. ("Zynex") and Steven Benasso ("Benasso," and together with Zynex, "Defendants") hereby remove the above-entitled action from the Superior Court of New Jersey, Law Division, Ocean County, New Jersey, to the United States District Court for the District of New Jersey, Camden Vicinage. In support of this Notice, Defendants state:

1. Zynex is a Colorado corporation with a principal place of business in Colorado.

2. Benasso is a resident of Colorado.

  3.  Plaintiff Donna Swope is a resident of New Jersey.

  4.  On or about April 11, 2024, Plaintiff commenced an action against Defendants in the Superior Court of New Jersey, Law Division, Ocean County, captioned *Donna Swope v. Zynex Medical Inc.; Steven Benasso, et al.*, Docket No. OCN-L-974-24 (the "State Court Action"), alleging claims under the New Jersey Law Against Discrimination ("NJLAD"). A true copy of the Complaint filed by Plaintiff is attached as Exhibit A.

  5.  Defendants were served with the Summons and Complaint on April 22, 2024. See Exhibit B.

  6.  This Notice is filed with the Court within thirty days of Defendants' receipt "of a copy of the initial pleading setting forth the claim for relief upon such action or proceeding is based," as provided by 28 U.S.C. § 1446(b).

  7.  As of this date, Defendants have not filed any responsive pleading in the State Court Action, and no other proceedings have transpired in that action.

  8.  This Court has jurisdiction over this matter under 28 U.S.C. § 1332 as it is between citizens of different states, and the amount in controversy is greater than $75,000, exclusive of interest and costs.

  9.  This matter is properly removable pursuant to 28 U.S.C. § 1441(a).

  10.  Pursuant to 28 U.S.C. § 1446(d), Defendants have served a copy of this Notice upon counsel for the Plaintiff and has filed a copy of this Notice with the Clerk of the Superior Court for Ocean County, New Jersey.

**PLEASE TAKE FURTHER NOTICE** that, promptly after filing this Notice of Removal in the Office of the Clerk of the United States District Court for the District of New Jersey,

Defendants will provide written notice thereof to all adverse parties and shall file a copy of the Notice of Removal (without Exhibits A and B) bearing this Court's "FILED" stamp with the Clerk of the Superior Court of New Jersey, Law Division, Ocean County, New Jersey, to effect removal of this action to the United States District Court for the District of New Jersey, Camden Vicinage, pursuant to 28 U.S.C. § 1446(d).

                Respectfully submitted,

                /s/ Adam Busler_____
                Adam Busler
                FOX ROTHSCHILD LLP
                Midtown Building, Suite 400
                1301 Atlantic Avenue
                Atlantic City, New Jersey 08401
                (609) 348-4515

                *Attorneys for Defendants,*
                *Zynex Medical Inc. and Steven Benasso*

Dated: May 22, 2024

## CERTIFICATE OF SERVICE

I hereby certify that I caused one copy of the foregoing Notice of Removal and Civil Cover Sheet to be delivered via first class mail, postage prepaid to:

>Christian V. McOmber
>McOmber McOmber & Luber, P.C.
>54 Shrewsbury Avenue
>Red Bank, NJ 07701
>Attorneys for Plaintiff

Dated:  May 22, 2024

/s/ Adam Busler
Adam Busler

158917732.1