# Exhibit "B"

706394

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION:**
**OCEAN COUNTY**

**DOCKET NO.** OCN-L-000974-24

**Plaintiff**
DONNA SWOPE

vs

**Defendant**
ZYNEX MEDICAL INC., ET AL

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30

$ _____

**Person to be served:** ZYNEX MEDICAL INC.
C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT
**Address:**
100 CHARLES EWING BOULEVARD, SUITE 160
EWING NJ 08628

**Attorney:**
MCOMBER, MCOMBER & LUBER, P.C.
54 SHREWSBURY AVENUE
RED BANK NJ 07701

**Papers Served:**
SUMMONS & COMPLAINT CIVIL CASE INFORMATION STATEMENT
FIRST DEMAND FOR PRODUCTION OF DOCUMENTS, FIRST SET OF INTERROGATORIES TRACK ASSIGNMENT NOTICE

**Service Data:**
Served Successfully ✓   Not Served ____   Date: 4-22-24   Time: 8:00 a.m.   Attempts: ____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

✓ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title

Yvonne Hudson

PERSON IN CHARGE AT THE OFFICE OF THE REGISTERED AGENT OF THE CORPORATION.

**Description of Person Accepting Service:**
Age: 46   Height: 5'8   Weight: 160   Hair: Black   Sex: female   Race: Black

**Non-Served:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                    _____ Date _____ Time _____
                    _____ Date _____ Time _____
( ) Other: _____

Comments or Remarks _____

Subscribed and Sworn to me this
22 day of April 2024

_Melissa Giambattista_
**Notary Signature**

[Stamp: MELISSA GIAMBATTISTA NOTARY PUBLIC OF NEW JERSEY My Commission Expires 9/17/2024]

I, AZIZA AMER, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_  4-22-24
**Signature of Process Server**   **Date**

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

**Work Order No.** 706394
**File No.** 14729

| | |
|---|---|
| Attorney(s): | Peter D. Valenzano |
| Attorney Id No.: | 037892010 |
| Law Firm: | McOmber McOmber & Luber P.C. |
| Address: | 54 Shrewsbury Aveune |
| | Red Bank, New Jersey 07701 |
| Telephone No.: | (732) 842-6500 |
| Fax No.: | (732) 530-8545 |
| E-mail: | pdv@njlegal.com |
| Attorney(s) for Plaintiff(s): | **Donna Swope** |

**Donna Swope**

Plaintiff(s)

vs.

**ZYNEX MEDICAL INC; STEVEN BENASSO; ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities); and JOHN DOES 1-5 (fictitious names describing presently unidentified individuals),**

Defendant(s)

SUPERIOR COURT OF NEW JERSEY

**LAW** DIVISION

**OCEAN** COUNTY

DOCKET NO.: **OCN-L-974-24**

CIVIL ACTION

𝕾𝖚𝖒𝖒𝖔𝖓𝖘

**FROM THE STATE OF NEW JERSEY**

To the Defendant(s) Named Above: ZYNEX MEDICAL INC

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at https://www.njcourts.gov.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $ **175.00**            and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

31 - Summons - Law or Chancery Divisions
Superior Court. Appendix XII-A. CN 10792.
Rev. 11/14   P4/23

Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510   Page 1

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey statewide hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is provided and available in the Civil Division Management Office in the county listed above and online at https://www.njcourts.gov.

Date: **April 18, 2024**                                      /s/ Michelle Smith
                                                              **Michelle Smith**       *Clerk of the Superior Court*

Name of Defendant to be Served: **ZYNEX MEDICAL INC**

Address of Defendant to be Served:  **Corporate Service Company**
**Princeton South Corporate Center, Suite 160**
**100 Charles Ewing Blvd, Ewing, NJ 08628**

31 - Summons - Law or Chancery Divisions
Superior Court. Appendix XII-A. CN 10792.
Rev. 11/14   P4/23

Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510   Page 2